IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH WELLS., <br>        Plaintiff, <br><br> v. <br><br> RAYMOURS FURNITURE CO., INC. <br><br>        Defendant. | : <br> : <br> : <br> : CIVIL ACTION NO. 16-6292 <br> : <br> : <br> : <br> : |

FILED
APR 09 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

### ORDER

**AND NOW**, this 9th day of April 2018, in light of the parties' STIPULATION OF DISMISSAL WITH PREJUDICE pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure (Doc. No. 8), it is hereby **ORDERED** the Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**